UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hankinson Renewable Energy, LLC, | Case No. 19-cv-2799 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER REMANDING CASE TO STATE COURT** |
| Great American Insurance Company, | |
| Defendant. | |

This matter is before the Court on the parties' joint motion to remand this case to state court. (Dkt. 26.) Based on the joint motion and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. This matter is **REMANDED** to Minnesota District Court, First Judicial District (Scott County), pursuant to 28 U.S.C. § 1447(c).

2. Each party shall bear its own costs and attorneys' fees incurred in connection with the removal and remand of this case.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 25, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge